AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| JUSTIN PACK, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:23-cv-1156 |
| GEMINI SOLAR LLC, et al., | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Court grants Plaintiffs' Motion for Default Judgment. Default judgment is entered against Defendants on Plaintiffs' individual claims under FLSA and Ohio law. The Court awards relief for Plaintiffs against Defendants in the amount of $327,750.00 ($184,050.00 for Mr. Pack and $143,700.00 for Mr. Perez), post-judgment interest until the judgment is paid, and $30,420.00 in attorneys' fees. This case is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 11/18/2024

CLERK OF COURT

*Theresa J. B...*

Signature of Clerk or Deputy